UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRYSTAL PRESTON o/b/o
THOMAS RAY BRAZEE (deceased),

    Plaintiff,

-vs-                                              Case No. 5:16-cv-350-Oc-10PRL

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## O R D E R

On April 28, 2017, the United States Magistrate Judge issued a Report (Doc. 23) recommending that the Commissioner's Decision denying the Plaintiff's claim for Disability Insurance Benefits be affirmed. The Plaintiff has filed Objections to the Report and Recommendation. (Doc. 24.)

The Court has conducted a *de novo* review of the record in this case and agrees with the Magistrate Judge's detailed and well-reasoned report and recommendation. Simply put, the Court concludes that the Administrative Law Judge properly evaluated the medical evidence and Plaintiff's residual functional capacity ("RFC"), and his findings are supported by substantial evidence.

Accordingly, upon due consideration, and a *de novo* review of the case, it is hereby ORDERED as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. 23) is ADOPTED, CONFIRMED, AND MADE A PART HEREOF;

(2) The Plaintiff's Objections (Doc. 24) are OVERRULED;

(3) Pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's Decision denying the Plaintiff's claim for Disability Insurance Benefits is AFFIRMED; and

(4) The Clerk is directed to enter judgment accordingly, terminate all other pending motions and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 5th day of July, 2017.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record
Hon. Philip R. Lammens
Mari Jo Taylor